UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


8/18/2020

Germain Ismael,

                Plaintiff,

-against-

Captain "Jane" Comacho et al.,

                Defendants.

1:18-cv-03957 (GHW) (SDA)

ORDER SCHEDULING TELEPHONIC
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, October 1, 2020 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
               August 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge