USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Germain Ismael,

                Plaintiff,

-against-

Captain "Jane" Comacho et al.,

                Defendants.

1:18-cv-03957 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's August 18, 2020 Order (ECF No. 80), the parties were to file *ex parte* pre-conference submissions, as set forth in the Court's Settlement Conference Procedures, at least seven days prior to the conference. As of the date of this Order, the Court has not received Plaintiff's submissions. It is hereby Ordered that Plaintiff shall email his submissions to Aaron_NYSDChambers@nysd.uscourts.gov no later than 12:00 p.m. on Tuesday, September 29, 2020.

**SO ORDERED.**

DATED:    New York, New York
              September 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge