USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                  :

GERMAIN ISMAEL                            :
                            Plaintiff,  :
                                        :          1:18-cv-3957-GHW
            -v -                                  :
                                        :
C.O CHARLES, CAPTAIN "JANE" CAMACHO,  :
C.O. CARUSO, C.O. SAMPSON, C.O. "JOHN
DOE" 1–2, DEPUTY WARDEN POLITE & THE :
CITY OF NEW YORK,
                                        :
                         Defendants.  :
                                               :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendants are directed to provide the Court with proposed special interrogatories and a proposed jury charge as to punitive damages no later than March 19, 2021 at 12 p.m. The Court takes no position at this time as to whether punitive damages are appropriate, and is aware that the special interrogatories may change with the facts presented at trial.

      SO ORDERED.

Dated: March 16, 2021
New York, New York

                                                        _____
                                                             GREGORY H. WOODS
                                                       United States District Judge